UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════════

UNITED STATES OF AMERICA,

            v.                                                        **DECISION AND ORDER**
                                                                    12-CR–200-A
JACK REID,

                 Defendant.

═══════════════════════════════════════════

This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to

28 U.S.C. § 636(b)(1) for pretrial proceedings.  On July 26, 2013 and July 29, 2013,

defendant Reid moved to suppress statements made to law enforcement officers.

Dkt. Nos. 103-04.  On September 16, 2013, defendant filed an additional motion

seeking discovery and dismissal of the Superseding Indictment. Dkt. Nos. 115-16.

The Magistrate Judge held a suppression hearing November 4, 2013, and

thereafter, the parties filed post-hearing briefs before oral argument.

On February 24, 2014, Magistrate Judge McCarthy issued a Report,

Recommendation and Order, Dkt. No. 139, recommending that defendant's motion

for discovery be denied, and that defendant's motions to suppress statements and to

dismiss the Superseding Indictment be denied.  Any objections to the Magistrate

Judge's recommendations regarding dispositive issues were due March 13, 2014.

No objections were filed, and the Court took the recommendations under

advisement.

The Court has carefully reviewed the Report, Recommendation and Order,

and pursuant to 28 U.S.C. § 636(b)(1), the Court adopts its recommendations.

Accordingly, it is

ORDERED, that for the reasons set forth in Magistrate Judge McCarthy's

Report, Recommendation and Order, Dkt. No. 139, defendant's motions to suppress

is denied and defendant's motion to dismiss the Superseding Indictment is denied.

SO ORDERED.


_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   March 28, 2014